# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PHILLIP JELKS

NO.   2020 KW 0156

**APR 2 8 2020**

---

In Re:   Phillip Jelks, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 545208.

---

**BEFORE:   GUIDRY, HIGGINBOTHAM, AND PENZATO, JJ.**

**WRIT DENIED.**

> **JMG**
> **TMH**
> **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT